**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BITAVIA CLEVELAND, | |
|     *Plaintiff*, | |
|   v. | Civil Action No. 1:23-cv-01701 (UNA) |
| AMERICAN BOARD OF MEDICAL SPECIALTIES, | |
|     *Defendant*. | |

## <u>MEMORANDUM OPINION</u>

This matter is before the Court on its initial review of Plaintiff's *pro se* Complaint, ECF No. 1, and application for leave to proceed *in forma pauperis*, ECF No. 2.  The Court will grant the application and dismiss the action without prejudice.

Plaintiff, a District of Columbia resident, has sued the non-profit American Board of Medical Specialties in Chicago, Illinois, alleging that she was mistreated by doctors.  The single-paragraph Complaint neither presents a federal question nor alleges the basis for the Court's exercise of diversity jurisdiction, which requires diverse citizenship of the parties and an amount in controversy exceeding $75,000.  *See* 28 U.S.C. § 1332.  Therefore, Plaintiff has failed to satisfy Rule 8 of the Federal Rules of Civil Procedure, which requires a complaint to contain "a short and plain statement of the grounds for the court's jurisdiction" and "a demand for the relief sought." Fed. R. Civ. P. 8(a).

Rule 8 "ensures that defendants receive fair notice of the claim being asserted" and "assists the court in determining whether it has jurisdiction over the subject matter." *Spencer v. U.S. Dep't of Labor*, No. 23-00322, 2023 WL 2139368, at *1 (D.D.C. Feb. 17, 2023).  Because the Complaint

fails to provide notice of Plaintiff's claim and the basis for the Court's jurisdiction, the action will be dismissed without prejudice by separate order.

DATE:  July 6, 2023

_____

CARL J. NICHOLS
United States District Judge